To:

Court of Criminal

Appeals of Texas
P.O. BOX. 12308, Capitol Station
Austin, Texas 78711

From:

Paul Torres

TDCJ#01681999

Michael Unit

2664 F.M. 2054
Tenn. Colony, Tx 75886

RE: Status Update

Dear Sir's,

I come to you this 30th day of April 2015, asking for a status update, on, "Objection; which was sent by me on March 19, 2015. (4 page Motion)

I never received Notice, or any, type of confirmation by the above and titled Court.

Has this court reviewed such motion, or made any order of Facts in said Motion?

Respectfully
Paul Torres
#01681999

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

A. C. C. was
made.